# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2486

_____

Chris J. Jacobs, III,

        Appellant,

    v.

Richard D. Sletten, Clerk of Court;
James Lackner, U.S. Atty.,

        Appellees.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Minnesota.
\*
\*  [UNPUBLISHED]
\*
\*

_____

Submitted: September 30, 2011
Filed: October 7, 2011

_____

Before LOKEN, MELLOY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Wisconsin inmate Chris Jacobs appeals the 28 U.S.C. § 1915(g) dismissal of his civil action. Because it does not appear to us that Jacobs in fact has three strikes for section 1915(g) purposes, we grant him leave to proceed on appeal in forma pauperis. We conclude, however, that his complaint was subject to dismissal for failure to state a claim. See Ashcroft v. Iqbal, 129 S. Ct. 1937, 1949-50 (2009) (complaint must allege specific plausible facts supporting claim and allowing inference that defendant is liable). Accordingly, we affirm the judgment of dismissal on that basis. See Ballinger v. Culotta, 322 F.3d 546, 548 (8th Cir. 2003) (appellate court may affirm judgment on any ground supported by record).

_____